## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DAVID CONLEY**                                                                 **PLAINTIFF**

**v.**                                  **4:25-cv-00188-JM-JJV**

**UNITED STATES POSTAL SERVICE;** *et al.*                      **DEFENDANTS**

## <u>ORDER</u>

I have reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  (Doc. No. 5.)   No objections have been filed, and the time to do so has passed.   After careful review, I adopt Recommendation in its entirety.

Therefore, the Complaint (Doc. 2) be DISMISSED without prejudice for failing to state a claim upon which relief may be granted. In the future, dismissal of this action should be counted as a strike under 28 U.S.C. § 1915(g).    And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 10th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE