IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID CONLEY**                                                                                    **PLAINTIFF**

**v.**                                            **4:25-cv-00188-JM-JJV**

**UNITED STATES POSTAL SERVICE;** *et al.*                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 10th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE

1